UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSH MAYBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:24-cv-00768-JRO-TAB |
| | ) |
| DONALD EMMERSON Warden, et al., et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING CASE FOR FAILURE TO STATE A CLAIM**

The Court's screening order at docket 21 dismissed plaintiff Josh Mayberry's complaint pursuant to 28 U.S.C. § 1915A. Mr. Mayberry was given time to amend his complaint to properly state a claim for relief. The Court warned Mr. Mayberry that if he did not file an amended complaint by May 2, 2025, the Court would dismiss this action without further warning. *Id.* Mr. Mayberry sought one extension, and was granted to May 30, 2025, to file an amended complaint. He has failed to do so. Accordingly, this case is **DISMISSED for failure to state a claim**.

Also, because this case is being dismissed for failure to state a claim, the plaintiff is warned that it may constitute a "strike" under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* after having three cases or appeals dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Hill v. Madison Cty., Ill.*, 983 F.3d 904, 906 (7th Cir. 2020) ("It makes good sense for a judge who believes a dismissal to come within the scope of § 1915(g) to include notice to that effect," even though

later courts must make the conclusive determination of whether each prior dismissal meets the statutory definition).

Final judgment shall now issue by separate entry.

**SO ORDERED.**

Date:  7/7/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

JOSH MAYBERRY
988705
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Electronic Service Participant – Court Only